UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JAMES W. PARSONS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos. 2:01-CR-49-JRG-1 |
| | ) | 2:16-CV-212-JRG |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

Federal prisoner James W. Parsons, Jr., ("Petitioner") filed a motion for post-conviction relief pursuant to 28 U.S.C. § 2255 on August 20, 2003 [Doc. 67]. This Court denied the same on December 6, 2004 [Docs. 68, 69]. Petitioner recently submitted a second collateral challenge to the same criminal conviction [Doc. 80]. This most recent petition cites *Johnson v. United States*, 135 S. Ct. 2551 (2015), in which the Supreme Court held that the residual provision of the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e), was unconstitutionally vague [*Id.*].

Under the "Antiterrorism and Effective Death Penalty Act of 1996," Petitioner cannot file a second or successive § 2255 petition in the District Court until he has moved in the United States Court of Appeals for the Sixth Circuit for an order authorizing the District Court to consider the motion. 28 U.S.C. § 2255(h). No such order has been received by this Court. Accordingly, the Clerk will be **DIRECTED** to **TRANSFER** the filing [Doc. 80] to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631. The Clerk's Office will be **DIRECTED** to close the civil case associated with Petitioner's most-recent request for relief.

**ORDER ACCORDINGLY.**

                                                                 s/J. RONNIE GREER  
                                                  UNITED STATES DISTRICT JUDGE